**STATE of Missouri, Respondent,**

v.

**Kevin R. O'CONNELL, Appellant.**

**No. WD 61225.**

Missouri Court of Appeals,
Western District.

May 27, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2003.

Application for Transfer Denied
Aug. 26, 2003.

Irene Karns, Assistant State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Patrick T. Morgan, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ELLIS, C.J., and HOWARD and HARDWICK, JJ.

### Order

PER CURIAM.

Kevin R. O'Connell ("O'Connell") appeals his conviction in Boone County for kidnapping. O'Connell waived his right to a jury, and the Honorable Gene Hamilton convicted him of kidnapping under § 565.110.1(1) and sentenced him as a persistent felony offender to a term of twenty-five years imprisonment. O'Connell raises two points on appeal. In his first point, he alleges there was insufficient evidence to support a conviction for kidnapping under § 565.110.1(1). O'Connell argues in his second point that the trial court erred in overruling his motion for acquittal at the close of the evidence and thereafter convicting him of kidnapping Paula Heaviland because the court misconstrued the "ransom or reward" element of § 565.110.1(1).

Affirmed. Rule 30.25(b).